# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ANTHONY SANDERS,** | ) |
| | ) |
| **Petitioner,** | ) |
| | )   **CIVIL ACTION NO. 07-0300-WS** |
| **v.** | ) |
| | )   **CRIMINAL ACTION NO. 04-0256-WS** |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Respondent.** | ) |

## FINAL JUDGMENT

In accordance with the Court's order of October 24, 2007, denying the petitioner's motion to vacate, this action is **dismissed with prejudice**.

DONE this 24th day of October, 2007.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE